# Order

Michigan Supreme Court
Lansing, Michigan

June 20, 2007

132545

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

LOWELL GENE ADKINS,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132545
COA: 260451
Oakland CC: 02-183296-FH

On order of the Court, the application for leave to appeal the August 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____
Clerk